IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| DELTA ENTERPRISES OF RUTHERFORD, d/b/a VIDEO, ETC., and GRANT DEVINEY, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | 1:06 CV 397 |
| MOVIE GALLERY US, LLC., | ) ) | |
| Defendant | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Thomas J. Butler of the law firm of Maynard, Cooper & Gale, P.C., 2400 AmSouth/Harbert Plaza, 1901 Sixth Avenue North Birmingham, AL 35203, to appear as counsel for the defendant in this matter filed on April 2, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Thomas J. Butler is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: April 9, 2007

Dennis L. Howell
United States Magistrate Judge