IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV397

| | |
|---|---|
| DELTA ENTERPRISES OF RUTHERFORDTON, INC., d/b/a VIDEO, ETC., and GRANT DEVINEY, )))))   Plaintiffs, ))  Vs. ))  MOVIE GALLERY US, INC.; MOVIE GALLERY US, LLC; and MOVIE GALLERY SERVICES, INC., ))))  Defendants. )) | **ORDER STAYING PROCEEDINGS** |

**THIS MATTER** is before the Court on Defendants' notice of bankruptcy filing and automatic stay filed October 31, 2007.[1] Based on such notice, the Court determines that these proceedings must be stayed due to the pending bankruptcy of Defendants.

---

[1] The Defendants are wholly-owned subsidiaries of Movie Gallery, Inc., the corporation filing for Chapter 11 bankruptcy protection. **See Defendants' Corporate Disclosure Statement, filed December 27, 2006.**

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** pending completion of bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia.

The Clerk of Court is directed to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures.*

Signed: November 8, 2007

Lacy H. Thornburg
United States District Judge